DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


TYRONE TERRELL SINGLETARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D23-962

_____


September 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.


PER CURIAM.

Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.